United States District Court
Southern District of Texas
**ENTERED**
July 13, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| SUZONNE KAKOOLAKI, | § § | |
| Plaintiff, | § | CIVIL ACTION NO. 3:22-cv-121 |
| v. | § § § | |
| GALVESTON INDEPENDENT SCHOOL DISTRICT, | § § | |
| | § | JURY TRIAL DEMANDED |
| Defendant. | § | |

## ORDER

On this day, the Court considered Plaintiff's Motion to Withdraw Mr. Paul Harris as Attorney of record. After reviewing the pleadings and arguments of counsel, the Court is of the opinion that Plaintiff's Motion has merit and should be GRANTED.

Accordingly, it is hereby ORDERED that Plaintiff's Motion to Withdraw Mr. Paul Harris as Attorney of Record is GRANTED. Ms. Dorian Vandenberg-Rodes will continue to represent the Plaintiff in this matter.

SIGNED this 13th day of July, 2023.

_____
PRESIDING JUDGE