## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | |
|---|---|
| **SUZONNE KAKOOLAKI,** | |
| **Plaintiff,** | |
| | **CIVIL ACTION NO. 3:22-cv-121** |
| **v.** | |
| **GALVESTON INDEPENDENT SCHOOL DISTRICT,** | **JURY TRIAL DEMANDED** |
| **Defendant.** | |

## PLAINTIFF'S NOTICE OF APPEAL

Pursuant to Federal Rules of Appellate Procedure 3 and 4(a)(1), Plaintiff Suzonne Kakoolaki hereby gives notice of her appeal from the Final Summary Judgment Order entered September 27, 2024. Plaintiff appeals the above-referenced Order entered in the above-styled case to the Fifth Circuit Court of Appeals.

Respectfully submitted,

**SHELLIST LAZARZ SLOBIN LLP**

*/s/ Dorian Vandenberg-Rodes*
Todd Slobin
State Bar No. 24002953
tslobin@eeoc.net
Dorian Vandenberg-Rodes
State Bar No. 24088573
drodes@eeoc.net
11 Greenway Plaza, Suite 1515
Houston, Texas 77046
(713) 621-2277 (Tel)
(713) 621-0993 (Fax)

**ATTORNEYS FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document was served in accordance with the Federal Rules of Civil Procedure on October 24, 2024 to all counsel of record.

*/s/ Dorian Vandenberg-Rodes*
Dorian Vandenberg-Rodes