

# United States Court of Appeals for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
April 24, 2025
Nathan Ochsner, Clerk of Court

Certified as a true copy and issued as the mandate on Apr 24, 2025

Attest:
Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

No. 24-40710
Summary Calendar

United States Court of Appeals
Fifth Circuit
**FILED**
April 2, 2025
Lyle W. Cayce
Clerk

SUZONNE KAKOOLAKI,

*Plaintiff—Appellant,*

*versus*

GALVESTON INDEPENDENT SCHOOL DISTRICT,

*Defendant—Appellee.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 3:22-CV-121

---

Before DAVIS, STEWART, and SOUTHWICK, *Circuit Judges.*

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that Appellant pay to Appellee the costs on appeal to be taxed by the Clerk of this Court.

No. 24-40710

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

April 24, 2025

Mr. Nathan Ochsner
Southern District of Texas, Galveston
United States District Court
601 Rosenberg Street
Room 411
Galveston, TX 77550-0000

    No. 24-40710    Kakoolaki v. Galveston Indep School
                          USDC No. 3:22-CV-121

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Sincerely,

LYLE W. CAYCE, Clerk

*Melissa Mattingly*

By: _____
Melissa V. Mattingly, Deputy Clerk
504-310-7719

cc:
    Ms. Stephanie Anne Hamm
    Ms. Dena Moghtader
    Mr. Michael Todd Slobin
    Ms. Dorian Vandenberg-Rodes